IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (NORTHERN DISTRICT)

EMERY TREE SERVICE, INC., a )
Pennsylvania corporation; )
EMERY TIE SERVICE, INC., a )
Pennsylvania corporation; EMERY )
MANUFACTURING and EQUIPMENT, )  Case No. CCB-02-868
INC., a Pennsylvania corporation; )
 )  C.A. No. 00-1346 (W.D.Pa.)
Plaintiffs, )
 )
v. )
 )
CSX TRANSPORTATION INC., a Virginia )
corporation; )
 )
Defendant. )

## ORDER OF COURT

AND NOW, this 22nd day of March, 2002, upon consideration of Plaintiffs' Expedited Motion to Compel Compliance with Third Party Subpoena Served Upon RailWorks Corporation, it is hereby ORDERED that said motion is GRANTED. Within ten days of the date of this order, RailWorks Corporation shall provide Plaintiffs' counsel with all documents requested by the subpoena served upon RailWorks, including but not limited to: (a) the Wood Waste Energy, Inc. ("Woodwaste") financial statements RailWorks relied upon to determine the price it paid for Woodwaste; (b) work papers demonstrating adjustments made to the Woodwaste financial statements for purposes of calculating EBITDA; (c) the "Offering Memorandum" provided by Woodwaste to RailWorks during the acquisition process; and (d) RailWorks' revenue projections for 2000 and 2001.

_Benson Legg_, J.